UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:                                    *

    MICHAEL ALLAN MCNEIL        *    Case No. 12-18903

        Debtor              *    (Chapter 13) – Judge Rice

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER DENYING DEBTOR'S OBJECTION TO PROOF OF CLAIM OF
STEPHEN A. DRAZIN (CLAIM NO. 5)

    Upon consideration of Debtor's Objection to Proof of Claim of Stephen A. Drazin (Claim No. 5), and the opposition thereto, it is by the United States Bankruptcy Court for the District of Maryland hereby,

    ORDERED, that Debtor's Objection to Proof of Claim of Stephan A. Drazin (Claim No. 5) be, and hereby is DENIED.

Copies to:

Cary C. Jacobson
The Drazin Law Center, P.A.
10420 Little Patuxent Parkway, Suite 100
Columbia, MD 21043

Michael A. McNeil
7014 Gentle Shade Road
Apartment 402
Columbia, MD 21046

Nancy Spencer Grigsby, Trustee
4201 Mitchellville Road, Suite 401
Bowie, MD 20716

- END OF ORDER -

**DRAZIN LAW**
10420
Little Patuxent Parkway
Suite 100
Columbia, MD 21044
Phone: 410-730-6536
Facsimile: 410-730-7311