**SO ORDERED**



DAVID E. RICE
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (at Baltimore)

| | | |
|---|---|---|
| In re: | * | |
| Michael Allan McNeil, | * | Case No. 12-18903-DER |
| Debtor. | * | Chapter 13 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER SUSTAINING IN PART AND DENYING IN PART OBJECTION TO
CLAIM NUMBER 5 OF STEPHEN A. DRAZIN, ESQ.**

The Objection to Claim No. 5 [Docket No. 80] and the Response thereto [Docket No. 125] having come before the court for a hearing on November 7, 2012, and the court having found that Claim No. 5 is a domestic support obligation entitled to priority under 11 U.S.C. § 507(a)(1) and that the portion of the claim for fees awarded on December 27, 2010 became a secured debt of the debtor on April 24, 2012 when such award was recorded as a judgment against the debtor, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that Objection to Claim No. 5 is SUSTAINED IN PART as to any amount representing interest on the fees awarded on December 27, 2010 prior to such award becoming a

secured debt of the debtor on April 24, 2012, or to interest on any later fees awarded that were not the subject of a recorded judgment; and it is further,

ORDERED, that the Objection to Claim No. 5 is DENIED IN PART and Claim No. 5 is ALLOWED, after reduction for the proper interest calculation, as a domestic support obligation entitled to priority treatment under 11 U.S.C. § 507(a)(1) in the debtor's Chapter 13 plan; and it is further,

ORDERED, that within ten (10) days from the date of entry of this order the creditor shall file an amended claim consistent with this ruling.

cc: Debtor
     Creditor-Stephen Drazin, Esq.
     Creditor's Counsel-Cary Jacobson, Esq.
     U.S. Trustee
     Chapter 13 Trustee-Nancy Spencer Grigsby, Esq.

**END OF ORDER**