IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

FILED
DEC 1 2 2012
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND

RE: MICHAEL ALLAN MCNEIL     *   Case No. 12-18903 DER

Debtor/Appellant     *   Chapter 13

\*

\*

### APPELLANT'S STATEMENT OF ISSUES
### AND
### DESIGNATION OF THE RECORD

**COMES NOW**, Michael A. McNeil, the Appellant who after filing notice of appeal on November 29, 2012 (ECF 178), from an ORDER SUSTAINING IN PART AND DENYING IN PART OBJECTION TO CLAIM NUMBER 5 OF STEPHEN A. DRAZIN, ESQ (ECF 160) entered on November 15, 2012.  Wherefore, the Appellant now hereby sets forth a statement of the issues and designates the following to be included into the record:

### STATEMENT OF ISSUES

ISSUE #1: Did the court error when it failed to sustain the Appellant's Objection to Stephen Drazin Esquire's Claim?

ISSUE #2: Did the court error when it determined that Stephen Drazin Esquire's Claim was a Domestic Support Order giving it priority status?

ISSUE #3: Did the court error when it determined that Stephen Drazin Esquire's Claim was a Domestic Support Order without an adversary proceeding?

1

## DESIGNATION OF THE RECORD

1. Schedules A-J filed on May 24, 2012 (Document 18)

2. Amended Schedules filed on July 12, 2012 (Document 31)

3. Amended Schedules filed on August 23, 2012 (Document 55)

4. Claim #5 filed by Stephen A. Drazin, Esq., Amount claimed: $60604.59 filed on September 11, 2012 (Claim 5-1)

5. Objection to Claim Number 5 filed on September 24, 2012 (Document 80)

6. Response, filed on October 24, 2012 (Document 125)

7. Order on Objection to Claim, filed on November 15, 2012 (Document 160)

8. Notice of Appeal, filed on November 29, 2012 (Document 178)

9. Transcript For Hearing On November 7, 2012 on Objection to Claim #5 (ECF 80 and Response to Objection (ECF 124) (Appellant Certifies that the Transcripts have been ordered and paid for prior to this filing and will file transcripts and forward copies to Appellee's once he receives them.)

Michael A. McNeil "Pro Se"
7014 Gentle Shade Road
Apartment 402
Columbia, MD 21046
(410) 505-8617
mamcneil@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served via first class mail, postage prepaid on December 12, 2012 to:

**Nancy Spencer Grigsby**
4201 Mitchellville Rd. Ste 401
Bowie, MD 20716
(Chapter 13 Trustee)

**Office of The United States Trustee**
101 West Lombard Street
Suite 2625
Baltimore, MD 21201

**Cary C Jacobson**
THE DRAZIN LAW CENTER, PA
10420 Little Patuxent Parkway
Suite 100
Columbia, MD 21044
(Representing Stephen Drazin)

FILED
DEC 12 2012
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND

_____
Michael A. McNeil "Pro Se"
7014 Gentle Shade Road
Apartment 402
Columbia, MD 21046
(410) 505-8617
mamcneil@gmail.com