FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 JAN 16  A 11: 06

CLERK'S OFFICE
AT GREENBELT

BY _____ DEPUTY

**United States District Court**
**District of Maryland**

Michael Allan McNeil                    *

    Appellant                    *

          Case No. 1:12-cv-03819-WDQ

    v.                    *

Stephen A. Drazin, Esquire              *

    Appellee                    *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## APPENDIX TO THE OPENING BRIEF OF THE APPELLANT

## Table of Contents

Page

| | | | | |
|---|---|---|---|---|
| Schedules A-J | Filed on: May 24, 2012 | Doc: | 18 | A.1 |
| Amended Schedules | Filed on: August 23, 2012 | Doc: | 31 | A.18 |
| Proof of Claim No. 5-1 | Filed on: September 11, 2012 | Doc: | | A.24 |
| Objection To Proof of Claim For Claim 5 | Filed on: September 24, 2012 | Doc: | 80 | A.54 |
| Response to Objection To Proof of Claim 5 | Filed on: October 24, 2012 | Doc: | 125 | A.58 |
| Order on Objection to Claim No 5 | Filed on: November 15, 2012 | Doc: | 160 | A.61 |
| Notice of Appeal | Filed on: November 29, 2012 | Doc: | 178 | A.63 |
| Transcripts for November 7, 2012 on Objection to Claim #5 | Filed on: December 20, 2012 | Doc: | 214 | A.65 |