# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

|  |  |  |
|---|---|---|
| | * | |
| MICHAEL ALLEN MCNEIL, | * | |
| Appellant, | * | |
| v. | * | CIVIL NO.: WDQ-12-3819 |
| STEPHEN A. DRAZIN, | * | |
| Appellee | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |  |
|---|---|---|
| MICHAEL ALLEN MCNEIL, | * | |
| Appellant, | * | |
| v. | * | CIVIL NO.: WDQ-12-3706 |
| V. PETER MARKUSKI, JR., | * | |
| Appellee | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

For the reasons discussed in the accompanying Memorandum
Opinion, it is, this 9th day of October, 2013, ORDERED that:

1.   The Bankruptcy Court's decisions in case number 12-18903-
     DER (ECF Nos. 85, 160) overruling objections to Defendants'
     proofs of claim BE, and HEREBY ARE, AFFIRMED;

2.   The Clerk of the Court shall send copies of this Memorandum

Opinion and Order to the Appellant and counsel for the

Appellees.


_____
William D. Quarles, Jr.
United States District Judge